```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 04127
   CHRISTOPHER D SOHST
   KAREN K SOHST                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-4108      SSN XXX-XX-7129

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/22/08 and confirmed on 05/09/08.

     2.  The case was dismissed after confirmation, 01/16/2009.

     3.  The Debtor paid a total of $   1945.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN HOME MTGE | MORTGAGE ARRE | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 864.22 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 992.80 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2543.36 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3046.34 | .00 | .00 |
| MACYS RETAIL HOLDINGS IN | UNSECURED | 1602.79 | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL IL | UNSECURED | 2400.03 | .00 | .00 |
| WELLS FARGO FINANCIAL IL | UNSECURED | 3910.57 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 15360.11 | .00 | 15360.11 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

```
The Debtor's attorney, JOHN J LYNCH              , was allowed $   3500.00
and was paid $   1127.00  direct and $   1832.19  through the plan.

The Trustee received $     112.81 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 03/12/09
/s/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 08 B 04127 CHRISTOPHER D SOHST & KAREN K SOHST